USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/15/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Bayne, et al.,

Plaintiffs,

—v—

Target Corporation,

Defendant.

21-cv-5938 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The Court held the initial pre-trial conference in this matter today.  It is ordered that discovery is stayed pending the resolution of the motion to stay discovery (Dkt. No. 31).

The parties are ordered to re-submit their Proposed Case Management Plan to the Court by October 22, 2021.

SO ORDERED.

Dated: October 15, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge