```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/20/2021
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

———————————————————————

MIEKE BAYNE and ALYSSA HART, individually on behalf of themselves and all others similarly situated,

      Plaintiffs,

  -against-

TARGET CORPORATION,

      Defendant.

———————————————————————

1:21-CV-05938 (AJN)

**ORDER GRANTING DEFENDANT'S MOTION TO STAY DISCOVERY**

    **WHEREAS**, Plaintiffs Mieke Bayne and Alyssa Hart ("Plaintiffs") initiated this action by filing their initial complaint on July 9, 2021, which was amended by Plaintiffs on September 21, 2021 (ECF Docket No. 21, the "Amended Complaint") pursuant to Order of this Court entered on September 2, 2021 (ECF Docket No. 19); and

    **WHEREAS**, Defendant Target Corporation ("Target") moved, pursuant to Fed. R. Civ. P. 12(b)(6), for dismissal of the Amended Complaint by motion filed on October 12, 2021 (ECF Docket Nos. 27-30, the "Motion to Dismiss"); and

    **WHEREAS**, Defendant also moved for an Order staying all discovery in this action until this Court renders a decision as to the Motion to Dismiss by filing a separate motion, also on October 12, 2021 (ECF Docket Nos. 31-32, the "Motion to Stay"); and

    **WHEREAS**, on October 15, 2021 counsel to all parties appeared before this Court for an initial pre-trial conference, during which this Court ordered that all

discovery in this action would be stayed pending the resolution of the Motion to Stay, which Order was entered in this case at ECF Docket No. 38; and

**WHEREAS**, counsel to Plaintiffs subsequently agreed to consent to a stay of all discovery in this action pending the resolution of the Motion to Dismiss and the parties notified this Court of such consent via joint letter;

**IT IS HEREBY ORDERED**, that Defendant's Motion to Stay is hereby **GRANTED**; and it is further

**ORDERED** that all discovery in this action, including the exchange of any disclosures otherwise required by Rule 26 of the Federal Rules of Civil Procedure and any disclosures required by the Civil Case Management Plan and Scheduling Order entered in this action at ECF Docket No. 39, is hereby **STAYED** until Defendant's Motion to Dismiss is resolved.

ENTERED this 20 day of October, 2021

_____
HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE