USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/9/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MIEKE BAYNE and ALYSSA HART, individually on behalf of themselves and all others similarly situated,

                Plaintiffs,

-against-

TARGET CORPORATION,

                Defendant.

1:21-cv-5938 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

      IT IS HEREBY ORDERED that by January 10, 2023, the Parties shall file a revised Case Management Plan and Scheduling Order in the form provided by this Court.  **The Parties are on notice that failure to comply with Court orders, including failure to meet the deadline set forth above, may result in sanctions, including dismissal for failure to prosecute**.

**SO ORDERED.**

Date:  January 9, 2023
        New York, NY

                                                  *Mary Kay Vyskocil*
                                                **MARY KAY VYSKOCIL**
                                                **United States District Judge**